**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1105**

DERRICK ALLEN,

Plaintiff - Appellant,

v.

TED WIRE; ERIK MCCONCHIE, General Manager; WILL AUSTIN, Kitchen
Manager; DAVE SIGUMUND, Kitchen Manager; CASEY HUMPHRIES,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:19-cv-00689-TDS-LPA)

Submitted:  April 14, 2020                                    Decided:  April 17, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.  Asa Covington Edwards, IV, MAGINNIS
LAW, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Allen has noted an appeal in the civil action he filed in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because the district court has not entered a final order or an appealable interlocutory or collateral order, this appeal is interlocutory. Accordingly, we deny Allen's motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*